CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Joanna Allen (CSB No. 251876, jallen@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

JS-6

Attorneys for Defendants,
PACIFICARE OF CALIFORNIA, INC. and UHC OF CALIFORNIA d/b/a UNITEDHEALTHCARE OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICARE OF CALIFORNIA, INC.; UHC OF CALIFORNIA d/b/a/ UNITEDHEALTHCARE OF CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. SACV12 2022 JUS (RNBx)<br><br>**JUDGMENT**<br><br>Judge: Hon. James V. Selna |

    The Motion for Summary Judgment by Plaintiff Martha Garcia came on for hearing before the Court, the Honorable James V. Selna, Judge, presiding, on March 4, 2013.

    Having fully considered the evidence, the moving and opposition papers, the oral arguments of counsel, and being fully advised, and having filed its Order Denying Plaintiff's Motion for Summary Judgment as to Claim for ERISA Benefits

LAACTIVE-601159251.1

on March 7, 2013:

THE COURT ORDERS, ADJUDGES AND DECREES THAT:

1. Plaintiff's Motion for Summary Judgment is denied;

2. Judgment shall be entered in favor of Defendants PacifiCare of California and UHC of California d/b/a UnitedHealthcare of California against Plaintiff Martha Garcia, for the reasons stated in the Court's Order denying the Motion for Summary Judgment;

3. The Court dismisses the above-captioned action in its entirety with prejudice;

4. Plaintiff shall take nothing by this action; and

5. Defendants shall recover costs in an amount to be determined as set forth under Federal Rule of Civil Procedure 54(d) and Local Rule 54-3.

IT IS SO ORDERED.

Dated: March 18, 2013

_____
The Honorable James V. Selna
United State District Court